## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:16-cr-87-CEH-TGW

AUDLEY CLARKSON

---

### FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Probation Revocation Hearing of the United States Magistrate Judge (Doc.87), entered January 30, 2023, a Final Revocation Hearing was previously scheduled for March 7, 2023 at 11:00 AM before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 21st day of February 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services